# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF: RIEKO SHEPHERD, : No. 24 WM 2025
ESQ. MOTION FOR EXTENSION :
PURSUANT TO RULE 311(G) :

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of May, 2025, the Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311(g) is GRANTED. To afford Attorney Rieko Shepherd time to seek full admission to the Pennsylvania Bar, her Pa.B.A.R. 311 admission is extended to April 13, 2026. *See generally In the Matter of de Laveaga*, 5 WM 2025 (*per curiam* order filed Feb. 12, 2025) (denying a Pa.B.A.R. 311 extension request, with three Justices dissenting); *see also id*. (*per curiam* order filed Mar. 17, 2025) (granting reconsideration and extending the lawyer's temporary admission to afford the lawyer time to seek full admission to the Pennsylvania Bar, with one Justice dissenting); *see id.* (Dougherty, J., joined by two Justices, concurring) (offering that Pa.B.A.R. 311 admittees "are now on fair notice" that their failure to demonstrate good cause for an extension, *see* Pa.B.A.R. 311(g), will no longer be excused based on this Court's past practice).

Justice Dougherty files a concurring statement in which Justices Donohue, Mundy, Brobson, McCaffery join.

Justice Wecht files a dissenting statement.